IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:05CR191 |
| | ) | |
| KEVIN J. YALE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Upon the oral motion of the defendant,

**IT IS ORDERED** that the hearing on defendant's Motion to Suppress (Filing No. 17) is continued to **June 29, 2005,** at **3:30 p.m.** before Magistrate Judge Thomas D. Thalken, Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendant must be present unless excused by the Court.

DATED this 20th day of June, 2005.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge