# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:05CR191** |
| vs. ) | |
| ) | **ORDER** |
| **KEVIN YALE,** ) | |
| ) | |
| **Defendant.** ) | |

     This matter is before the court on the government's motion to continue trial (#34), now set for September 13, 2005. For cause shown, I find that the motion should be granted and the trial continued to the next available setting, i.e., November 1, 2005.

     **IT IS ORDERED** that defendant's motion (#34) is granted, as follows:

     1.  Trial of this matter is continued to Tuesday, **November 1, 2005**.

     2.  The ends of justice will be served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **September 13, 2005 and November 1, 2005**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act due to the unavailability of a necessary witness. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

     3.  Counsel for the United States shall confer with defense counsel and electronically file a status report no later than **October 18, 2005** advising the court of the anticipated length of trial.

     **DATED August 29, 2005.**

                                      **BY THE COURT:**

                                      **s/ F.A. Gossett**
                                      **United States Magistrate Judge**