## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:05CR191** |
| **Plaintiff,** | ) | |
| vs. | ) | **JUDGMENT** |
| **KEVIN J. YALE,** | ) | |
| **Defendant.** | ) | |

In accordance with the accompanying Memorandum and Order,

IT IS ORDERED:

1. The court completed initial review of the defendant's motion filed under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence (Filing No. 87);

2. Upon initial review, the Court summarily denies the Defendant's claims raised in the § 2255 motion; and

3. The Clerk is directed to mail a copy of this Judgment to the Defendant at his last known address.

DATED this 11th day of February, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge