IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>KEVIN J. YALE,<br><br>                Defendant. | 8:05CR191<br><br>ORDER |

      This matter is before the Court on the government's Motion to Dismiss (Filing No. 144). The government requests the Court dismiss the Petition for Offender Under Supervision (Filing No. 134) without prejudice as to defendant Kevin J. Yale. The Court finds the Motion should be granted. Accordingly,

      IT IS ORDERED:

1. The government's Motion to Dismiss (Filing No. 144) is granted.
2. The Petition for Offender Under Supervision (Filing No. 134) is hereby dismissed without prejudice.
3. Kevin J. Yale's previously imposed conditions of supervision remain in effect until he completes the term of his supervised release.

Dated this 19th day of January 2023.

                                                                  BY THE COURT:

                                                                  Robert F. Rossiter, Jr.
                                                                  Chief United States District Judge